# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/14 | | SPECIALTY FUELS BUNKERING, L.L.C. 160 SAINT EMANUEL STREETMOBILE, AL 36602-3007 | CLOSE DEBTOR'S NON-EXEMPT BANK ACCT NSF See deposits 3 and 4 for replacement checks | 1129-000 | $1,136.95 | | $1,136.95 |
| 01/15/14 | 11 | VERIZON WIRELESS PO Box 2167Folsom, CA 95763 | REFUND Security Deposit | 1290-000 | $128.59 | | $1,265.54 |
| 03/05/14 | 1 | BBVA COMPASS Cashiers Check | CLOSE DEBTOR'S NON-EXEMPT BANK ACCT Partial Replacement from NSF deposit #1 of $1,136.95 | 1129-000 | $498.05 | | $1,763.59 |
| 03/05/14 | 1 | BBVA COMPASS Cashier's Check | CLOSE DEBTOR'S NON-EXEMPT BANK ACCT Partial Replacement from NSF deposit #1 of $1,136.95 | 1129-000 | $638.90 | | $2,402.49 |
| 04/02/14 | 10 | ALABAMA BULK TERMINAL LLC PO Box 03899Tuscaloosa, AL 35403-8995 | Proceeds from sale of Fuel Oil | 1129-000 | $70,000.00 | | $72,402.49 |
| 04/14/14 | | Reverses Deposit # 1 | CLOSE DEBTOR'S NON-EXEMPT BANK ACCT Insufficient Funds BBVA reissued in 2 seperate checks | 1129-000 | ($1,136.95) | | $71,265.54 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $71,250.54 |
| 05/06/14 | 12 | JODY WISE CAMPBELL Baldwing County Circuit ClerkCivil Payment System312 Courthouse Sq. Ste. 10Bay Minette, AL 36507 | Fund held in Baldwin County Ct. | 1249-000 | $282,487.22 | | $353,737.76 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $95.79 | $353,641.97 |
| 06/23/14 | 3 | DAVISON FUELS, INC 8450 Tanner Williams RoadMobile ,AL 36608 | Payment on Account Davison Fuels | 1121-000 | $540.00 | | $354,181.97 |
| 06/23/14 | 7 | MFGI A/C Union BankTrust DepartmentPO Box 85602San Diego, CA 92186 | Payment on Account | 1121-000 | $216,406.60 | | $570,588.57 |
| 06/23/14 | 7 | MFGI A/C Union BankTrust DepartmentPO Box 85602San Diego, CA 92186 | Payment on Account | 1121-000 | $16,517.02 | | $587,105.59 |

$110.79

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $444.47 | $586,661.12 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $575.69 | $586,085.43 |
| 08/11/14 | 2 | HANCOCK BANK - CASHIER'S CHECK TO close account | | 1129-000 | $2,185.42 | | $588,270.85 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $871.76 | $587,399.09 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $872.90 | $586,526.19 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $844.64 | $585,681.55 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $871.55 | $584,810.00 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $842.17 | $583,967.83 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $868.96 | $583,098.87 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $867.70 | $582,231.17 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $782.62 | $581,448.55 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $865.11 | $580,583.44 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $836.16 | $579,747.28 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $862.68 | $578,884.60 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $833.63 | $578,050.97 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $491.54 | $577,559.43 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/15 | 13 | PROGRESSIVE SPECIALTY INSURANCE CO, PNC Bank N.A. 070Ashland, OH 1-877-448-9544 | REFUND INSURANCE PREMIUM | 1249-000 | $5,287.00 | | $582,846.43 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $490.85 | $582,355.58 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $477.67 | $581,877.91 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $494.52 | $581,383.39 |
| 12/10/15 | 300001 | LITTLETON, DENISE 312-T Schillinger Rd S. Box 415 Mobile, AL. 36608 | Attorney for Trustee Fees (Trustee | 3110-000 | | $4,860.00 | $576,523.39 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $478.17 | $576,045.22 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $490.80 | $575,554.42 |
| 02/24/16 | 9 | TVM7 160 Country Club Drive Daphne, AL 36526 | Compromise Payment On Furniture Fed Exp # 8094 3190 2073 | 1149-000 | $1,200.00 | | $576,754.42 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $487.81 | $576,266.61 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $456.14 | $575,810.47 |
| 04/07/16 | 14 | RJO'Brien 222 S. Riverside Plaza Chicago, IL 60606 | Funds Held FedEx # 809431902030 | 1129-000 | $909.30 | | $576,719.77 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $488.01 | $576,231.76 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/16 | 15 | TexPar Energy PO Box 809 Onalaska, WI 54650 | Settlement Proceeds FedEx # 809431901467 | 1249-000 | $2,500.00 | | $578,731.76 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $472.60 | $578,259.16 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $490.09 | $577,769.07 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $473.93 | $577,295.14 |
| 08/17/16 | 16 | Petrochina Internationa 2000 West Sam Houston Parkway S Suite 1300 Houston, TX 77042 | Settlment from Adv Proc 15-00170 Fed Exp# 8094 3190 1629 | 1249-000 | $2,500.00 | | $579,795.14 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $489.28 | $579,305.86 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $489.83 | $578,816.03 |
| 09/27/16 | 17 | Goodway Refining, LLC Post Office Box 649 Brewton, AL 36427 (251) 867-5413 | Settlement Proceeds from Adv Proc Fed Ex # 8094 3190 1651 | 1249-000 | $100,000.00 | | $678,816.03 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $482.97 | $678,333.06 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $574.86 | $677,758.20 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $555.92 | $677,202.28 |
| 01/03/17 | 18 | Thompson Carriers, LLC PO Box 2508 Opelika, AL 36804 | Settlement Proceeds FedEx # is 8094 3190 1310 Thompson Carriers | 1249-000 | $9,500.00 | | $686,702.28 |

$4,029.48

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $573.98 | $686,128.30 |
| 02/14/17 | 19 | Intertek USA Inc 2 Riverway, Suite 500 Houston, TX 77056 | Settlement Proceeds Fed Ex # 8094 3190 0210 Adv Proceeding | 1249-000 | $13,400.00 | | $699,528.30 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $582.34 | $698,945.96 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $531.45 | $698,414.51 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $593.55 | $697,820.96 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $573.94 | $697,247.02 |
| 07/05/17 | 20 | Henry Marine Service, Inc PO Box 7650 Spanish Ft, AL 36577 | Settlement Proceeds Fed Exp 8094 3190 1960 | 1249-000 | $3,857.14 | | $701,104.16 |
| 08/14/17 | 20 | Henry Marine Service, Inc PO Box 7650 Spanish Fort, AL 36577 | Settlement Proceeds Fed Exp # 8094 3190 8427 | 1249-000 | $3,857.14 | | $704,961.30 |
| 09/04/17 | 20 | Henrt Marine Service, Inc PO Box 7650 Spanish Ft, AL 36610 | Settlement Proceeds from Adv Proc . FedEx # 8094 3190 9449 | 1249-000 | $3,857.14 | | $708,818.44 |
| 12/20/17 | 20 | Henry Marine SErvice PO Box 7650 Spanish Ft. AL 36577 | Settlement Proceeds | 1249-000 | $3,857.14 | | $712,675.58 |
| 03/16/18 | 20 | Henry Marine Service, Inc. P.O. Box 7650 Spanish Fort, AL 36577 | Settlement Proceeds from Adv Proc Fed Ex # 8094 3190 0633 | 1249-000 | $7,714.28 | | $720,389.86 |
| 04/09/18 | 20 | Henry Marine Service, Inc. P.O. Box 7650 Spanish Fort, AL 36577 | Settlement Proceeds from Adv Proc FedEx # 8094 3190 0655 | 1249-000 | $3,857.14 | | $724,247.00 |

$2,855.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $608.03 | $723,638.97 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $594.11 | $723,044.86 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $614.48 | $722,430.38 |
| 07/01/18 | 300002 | Smith PC., Paul & 150 South Dearborn Street Mobile, AL  36602 | Attorney Fees and Expenses | 3110-000 | | $171,203.18 | $551,227.20 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $594.18 | $550,633.02 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $477.43 | $550,155.59 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $467.60 | $549,687.99 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $452.11 | $549,235.88 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $466.77 | $548,769.11 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $451.36 | $548,317.75 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $466.00 | $547,851.75 |
| 02/21/19 | 4 | Cunningham Bounds, LLC 1601 Dauphin St. Mobile, AL  36604 | BP Settlement Payment on BP settlement FedEx #8094 3190 0817 | 1149-000 | $1,250,000.00 | | $1,797,851.75 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7288

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $465.60 | $1,797,386.15 |
| 03/11/19 | | Transfer to Acct # xxxxxx0040 | Transfer of Funds | 9999-000 | | $1,797,386.15 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,001,698.08 | $2,001,698.08 |
| Less: Bank Transfers/CD's | $0.00 | $1,797,386.15 |
| Subtotal | $2,001,698.08 | $204,311.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,001,698.08 | $204,311.93 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041                                    Trustee Name: DENISE LITTLETON, Trustee

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.        Bank Name: Axos Bank

                                                     Account Number/CD#: XXXXXX0040

                                                     Checking Account

Taxpayer ID No: XX-XXX1715                           Blanket Bond (per case limit):

For Period Ending: 03/24/2021                        Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/19 | | Transfer from Acct # xxxxxx7288 | Transfer of Funds | 9999-000 | $1,797,386.15 | | $1,797,386.15 |
| 03/12/19 | 2001 | INTERNATIONAL SURETIES, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Distribution | 2300-000 | | $3,000.00 | $1,794,386.15 |
| 07/02/19 | 2002 | Teddy J. Faust, Jr. Baldwin County Revenue Commission P O Box 1549 Bay Minette Al 36507 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 4110-000 | | $68.80 | $1,794,317.35 |
| 07/02/19 | 2003 | TEDDY J. FAUST, Jr. Baldwin County Revenue Commissioner P. O. Box 1549 Bay Minette, AL 36507 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 4110-000 | | $82.56 | $1,794,234.79 |
| 07/02/19 | 2004 | ATTORNEY DENISE LITTLETON, I Denise I. Littleton, Attorney 312T Schillinger Road S. Box 415 Mobile, AL 36608 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 3110-000 | | $1,215.00 | $1,793,019.79 |
| 07/02/19 | 2005 | CLERK, US BANKRUPTCY COURT 201 St. Louis Street Mobile, AL 36602 | Bill of Costs Docs # 165 - 171 Order allowing payment dated 6/21/19 Doc 322 | 2700-000 | | $2,450.00 | $1,790,569.79 |
| 07/02/19 | 2006 | DENISE LITTLETON 312-T Schillinger Rd S. Box 415 Mobile, AL. 36608 | Distribution Order allowing Partial Interim payment dated 6/21/19 Doc 322 of $83,300.94 | 2100-000 | | $83,300.94 | $1,707,268.85 |
| 07/02/19 | 2007 | DENISE LITTLETON 312-T Schillinger Rd S. Box 415 Mobile, AL. 36608 | Distribution Order allowing Interim payment dated 6/21/19 Doc 322 | 2200-000 | | $2,245.81 | $1,705,023.04 |
| 07/02/19 | 2008 | STEVE OLEN Cunningham Bounds, LLC PO Box 66705 Mobile, AL 36660 | Distribution Order approving disbursement dated 10/23/19 Doc 354 | 3210-000 | | $447,920.00 | $1,257,103.04 |
| 07/02/19 | 2009 | Paul & Smith PC. 150 South Dearborn Street Mobile, AL 36602 | Distribution Order granting disbursement dated 6/21/19 Doc 324 for $140,336.70 | 3110-000 | | $140,336.70 | $1,116,766.34 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/19 | 2010 | DEPARTMENT OF TREASURY Internal Revenue Service, PO Box 621505 Atlanta, Georgia 30362-1505 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 5800-000 | | $11,887.35 | $1,104,878.99 |
| 07/02/19 | 2011 | DEPARTMENT OF TREASURY Internal Revenue Service, PO Box 621505 Atlanta, Georgia 30362-1505 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $100.00 | $1,104,778.99 |
| 07/02/19 | 2012 | ASD TERMINAL RAILWAY Attn. Bill Roberts P.O. Box 1588 Mobile, AL 36633 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $1,078.83 | $1,103,700.16 |
| 07/02/19 | 2013 | ALLEN, ALLEN & FOSTER, LLP PO Box 2900 Daphne, AL 36526 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $275.12 | $1,103,425.04 |
| 07/02/19 | 2014 | CLEAN RITE INC PO Box 899 Saraland, AL 36571 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $27.53 | $1,103,397.51 |
| 07/02/19 | 2015 | FRATELLI COSULICH UNIPESSOAL S. A. ( c/o Jayna Partain Lamar 1901 Sixth Avenue North 2400 Regions/Harbert Plaza Birmingham, AL 35203-2618 | Distribution Order allowing payment dated 6/21/19 Doc 322 Stop Payment on 10/2/19 and reissued to Attorney for Creditor to send payment to Creditor. | 7100-000 | | $176,850.79 | $926,546.72 |
| 07/02/19 | 2016 | VULCAN CAPITAL CORPORATION, LLC c/o Lewis & Forrey David Forrey 15 Chambers Street Princeton, NJ 08540 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $18,025.83 | $908,520.89 |
| 07/02/19 | 2017 | GOODWAY REFINING, LLC 4745 Ross Road Atmore, AL 36502 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $56,452.64 | $852,068.25 |
| 07/02/19 | 2018 | Crowley Maritime Inc 9487 Regency Square Blvd Jacksonville, Fl 32225 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $9,558.91 | $842,509.34 |

$274,257.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/19 | 2019 | Henry Marine Services, Inc c/o Richard Gaal PO Boxc 350 Mobile, AL 36601 | Distribution | 7100-000 | | $988.43 | $841,520.91 |
| 07/02/19 | 2020 | PETROCHINA INTERNATIONAL (AMERICA) C/O Sutherland Asbill & Brennan LLP, Attn: Mark D. Sherrill 700 Sixth Street, NW Suite 700 Washington, DC 20001 | Distribution Order allowing payment dated 6/21/19 Doc 322 | 7100-000 | | $28,817.46 | $812,703.45 |
| 07/08/19 | 2020 | PETROCHINA INTERNATIONAL (AMERICA) C/O Sutherland Asbill & Brennan LLP, Attn: Mark D. Sherrill 700 Sixth Street, NW Suite 700 Washington, DC 20001 | Distribution Reversal Check is to be reissued to George E Warren Corporation | 7100-000 | | ($28,817.46) | $841,520.91 |
| 07/08/19 | 2021 | George E Warren Corportation 3001 Ocean Drive Vero Beach, FL 32963 | Distribution | 7100-000 | | $28,817.46 | $812,703.45 |
| 07/19/19 | 4 | Cunningham Bounds LLC 1601 Dauphin St. Mobile, AL 36604 | BP Settlement 2nd payment on settlement - UPS tracking # 1Z A25 51V 84 9435 0677 | 1149-000 | $1,250,000.00 | | $2,062,703.45 |
| 07/19/19 | 2022 | DEPARTMENT OF TREASURY Internal Revenue Service, PO Box 621505 Atlanta, Georgia 30362-1505 | Distribution | 7100-000 | | $3.66 | $2,062,699.79 |
| 08/26/19 | 2023 | PC Anderson & Wells | Distribution | 3420-000 | | $5,500.00 | $2,057,199.79 |
| 09/15/19 | 2024 | Crowley Maritime Inc 9487 Regency Square Blvd Jacksonville, Fl 32225 | Distribution Pursuant to Order dated 8/27/19 Doc #344 | 7100-000 | | $150,000.00 | $1,907,199.79 |
| 09/15/19 | 2025 | ALA DEPT OF REVENUE LEGAL DIV P.O. BOX 320001 MONTGOMERY, AL 36132-0001 | Late Filing on 2017 Income Tax Return | 2820-000 | | $50.00 | $1,907,149.79 |

$185,359.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041  
Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715  
For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0040  
Checking Account

Blanket Bond (per case limit):  
Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/19 | 2015 | FRATELLI COSULICH UNIPESSOAL S. A. ( c/o Jayna Partain Lamar 1901 Sixth Avenue North 2400 Regions/Harbert Plaza Birmingham, AL 35203-2618 | Distribution Reversal Order allowing payment dated 6/21/19 Doc 322 Stop Payment on 10/2/19 and reissued to Attorney for Creditor to send payment to Creditor. | 7100-000 | | ($176,850.79) | $2,084,000.58 |
| 10/08/19 | 2026 | FRATELLI COSULICH UNIPESSOAL S. A. ( c/o Briskman and Binion 205 Church Street Mobile, AL 36602 | Distribution Stop Payment issued on check # 2015 reissued on this check with address change. | 7100-000 | | $176,850.79 | $1,907,149.79 |
| 11/04/19 | 2027 | STEVE OLEN Cunningham Bounds, LLC PO Box 66705 Mobile, AL 36660 | Attorney's fee Order allowing distribution dated 10/23/19 doc 354 | 3210-000 | | $438,465.00 | $1,468,684.79 |
| 12/19/19 | 2028 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Trustee fees Order approving partial disbursement dated 12/4/19 Doc 366 for fees in the amount of $37,500.00 | 2100-000 | | $37,500.00 | $1,431,184.79 |
| 12/19/19 | 2029 | Paul & Smith PC. 150 South Dearborn Street Mobile, AL 36602 | Trustee's Attorney Second Interim payment Order approving dated 12/4/19 Doc 368 | 3110-000 | | $36,573.75 | $1,394,611.04 |
| 12/19/19 | 2030 | ASD TERMINAL RAILWAY Attn. Bill Roberts P.O. Box 1588 Mobile, AL 36633 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $3,637.19 | 7100-000 | | $3,637.19 | $1,390,973.85 |
| 12/19/19 | 2031 | ALLEN, ALLEN & FOSTER, LLP PO Box 2900 Daphne, AL 36526 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $960.68 | 7100-000 | | $960.68 | $1,390,013.17 |
| 12/19/19 | 2032 | CLEAN RITE INC PO Box 899 Saraland, AL 36571 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $96.15 | 7100-000 | | $96.15 | $1,389,917.02 |

$517,232.77

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/19 | 2033 | FRATELLI COSULICH UNIPESSOAL S. A. ( c/o Briskman and Binion 205 Church Street Mobile, AL 36602 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $617,548.47 | 7100-000 | | $617,548.47 | $772,368.55 |
| 12/19/19 | 2034 | VULCAN CAPITAL CORPORATION, LLC c/o Lewis & Forrey David Forrey 15 Chambers Street Princeton, NJ 08540 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $62,944.71 | 7100-000 | | $62,944.71 | $709,423.84 |
| 12/19/19 | 2035 | George E Warren Corportation 3001 Ocean Drive Vero Beach, FL 32963 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $100,628.21 | 7100-000 | | $100,628.21 | $608,795.63 |
| 12/19/19 | 2036 | GOODWAY REFINING, LLC 4745 Ross Road Atmore, AL 36502 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $197,128.01 | 7100-000 | | $197,128.01 | $411,667.62 |
| 12/19/19 | 2037 | Crowley Maritime Inc 9487 Regency Square Blvd Jacksonville, Fl 32225 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $13,475.08 | 7100-000 | | $13,475.08 | $398,192.54 |
| 12/19/19 | 2038 | Henry Marine Services, Inc c/o Richard Gaal PO Boxc 350 Mobile, AL 36601 | Distribution Second Order for Interim disbursement dated 12/4/19 Doc 368 for $3,451.53 | 7100-000 | | $3,451.53 | $394,741.01 |
| 12/20/19 | 2039 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Second Interim payment per Order dated 12/4/19 Doc 366 | 2200-000 | | $25.45 | $394,715.56 |
| 01/03/20 | 2040 | ALA DEPT OF REVENUE LEGAL DIV. Individual and Corporat Tax Dovosopm Pass Thru Entity Unit P.O. BOX 327444 MONTGOMERY, AL 36132-7444 | Distribution 2016 Late Penalty Fee for Tax ID #20-5151715 | 2820-000 | | $50.00 | $394,665.56 |

$995,251.46

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/20 | 2041 | ALA DEPT OF REVENUE LEGAL DIV. Individual and Corporat Tax Dovosopm Pass Thru Entity Unit P.O. BOX 327444 MONTGOMERY, AL 36132-7444 | Distribution 2015 Late Penalty Fee for Tax ID #20-5151715 | 2820-000 | | $50.00 | $394,615.56 |
| 01/03/20 | 2042 | ALA DEPT OF REVENUE LEGAL DIV. Individual and Corporat Tax Dovosopm Pass Thru Entity Unit P.O. BOX 327444 MONTGOMERY, AL 36132-7444 | Distribution 2014 Late Tax Penalty for Tax ID #20-5151715 | 2820-000 | | $50.00 | $394,565.56 |
| 01/21/20 | 2043 | INTERNATIONAL SURETIES, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Distribution for 2/21/20 o 2/21/21 | 2300-000 | | $3,000.00 | $391,565.56 |
| 03/03/20 | 2044 | ALA DEPT OF REVENUE LEGAL DIV. Individual and Corporat Tax Dovosopm Pass Thru Entity Unit P.O. BOX 327444 MONTGOMERY, AL 36132-7444 | 2013 Penalty | 2820-000 | | $50.00 | $391,515.56 |
| 05/11/20 | 2045 | Anderson & Wells PC Certified Public Accountants 6305-A Piccadilly Square drive Mobile, AL 36609 | Accountant Fees | 3410-000 | | $1,250.00 | $390,265.56 |
| 07/07/20 | 2032 | CLEAN RITE INC PO Box 899 Saraland, AL 36571 | Distribution Reversal Second Order for Interim disbursement dated 12/4/19 Doc 368 for $96.15. Stop Payment was issued and new check written 7/17/2020 | 7100-000 | | ($96.15) | $390,361.71 |
| 07/16/20 | 4 | Cunningham Bounds LLC 1601 Dauphin St. Mobile, AL 36604 | BP Settlement UPS tracking #1Z A25 51V 84 9367 6087 | 1149-000 | $1,250,000.00 | | $1,640,361.71 |
| 07/16/20 | 2046 | CLEAN RITE INC PO Box 899 Saraland, AL 36571 | Distribution Previous check # 2032 was stale and a stopped payment was issued. Replacement check to be mail to same address | 7100-000 | | $96.15 | $1,640,265.56 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/20 | 2054 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Reversal Wrong Payee | 7100-000 | | ($617,548.44) | $2,257,814.00 |
| 10/04/20 | 2053 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Reversal Wrong Payee | 7100-000 | | ($96.15) | $2,257,910.15 |
| 10/04/20 | 2051 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Reversal Order Allowing Disbursement dated 9/23/20 | 7100-000 | | ($3,637.19) | $2,261,547.34 |
| 10/04/20 | 2047 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Order Allowing Disbursement dated 9/23/20 | 2100-000 | | $37,500.00 | $2,224,047.34 |
| 10/04/20 | 2048 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Order Allowing Disbursement dated 9/23/20 | 2200-000 | | $4.00 | $2,224,043.34 |
| 10/04/20 | 2049 | STEVE OLEN Cunningham Bounds, LLC PO Box 66705 Mobile, AL 36660 | Distribution Order Allowing Disbursement dated 9/23/20 | 3210-000 | | $437,500.00 | $1,786,543.34 |
| 10/04/20 | 2050 | Paul & Smith PC. 150 South Dearborn Street Mobile, AL 36602 | Distribution Order Allowing Disbursement dated 9/23/20 | 3110-000 | | $5,635.50 | $1,780,907.84 |
| 10/04/20 | 2051 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution Order Allowing Disbursement dated 9/23/20 | 7100-000 | | $3,637.19 | $1,777,270.65 |
| 10/04/20 | 2052 | ALLEN, ALLEN & FOSTER, LLP PO Box 2900 Daphne, AL 36526 | Distribution Order Allowing Disbursement dated 9/23/20 | 7100-000 | | $960.68 | $1,776,309.97 |
| 10/04/20 | 2053 | DENISE LITTLETON 312-T SCHILLINGER ROAD S., BOX 415, MOBILE, AL 36608 | Distribution | 7100-000 | | $96.15 | $1,776,213.82 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/20 | 2054 | DENISE LITTLETON<br>312-T SCHILLINGER ROAD S., BOX 415,<br>MOBILE, AL 36608 | Distribution | 7100-000 | | $617,548.44 | $1,158,665.38 |
| 10/04/20 | 2055 | VULCAN CAPITAL CORPORATION, LLC<br>c/o Lewis & Forrey<br>David Forrey<br>15 Chambers Street<br>Princeton, NJ 08540 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $62,944.70 | $1,095,720.68 |
| 10/04/20 | 2056 | FRATELLI COSULICH UNIPESSOAL S. A. (<br>c/o Briskman and Binion<br>205 Church Street<br>Mobile, AL 36602 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $617,548.00 | $478,172.68 |
| 10/04/20 | 2057 | CLEAN RITE INC<br>PO Box 899<br>Saraland, AL 36571 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $96.15 | $478,076.53 |
| 10/04/20 | 2058 | ASD TERMINAL RAILWAY<br>Attn. Bill Roberts<br>P.O. Box 1588<br>Mobile, AL 36633 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $3,637.19 | $474,439.34 |
| 10/04/20 | 2059 | George E Warren Corportation<br>3001 Ocean Drive<br>Vero Beach, FL 32963 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $100,628.20 | $373,811.14 |
| 10/04/20 | 2060 | GOODWAY REFINING, LLC<br>PO Box 649<br>Brewton, AL 36427 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $197,128.00 | $176,683.14 |
| 10/04/20 | 2061 | Crowley Maritime Inc<br>9487 Regency Square Blvd<br>Jacksonville, Fl 32225 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $13,475.08 | $163,208.06 |
| 10/04/20 | 2062 | Henry Marine Services, Inc<br>c/o Richard Gaal<br>PO Boxc 350<br>Mobile, AL 36601 | Distribution<br>Order Allowing Disbursement<br>dated 9/23/20 | 7100-000 | | $3,451.53 | $159,756.53 |
| 10/10/20 | 21 | Blackburn & Conner P.C.<br>P.O. Box 458<br>110 Courthouse Square<br>Bay Minette, AL 36507 | Compromise Payment<br>Per Court Order Dated<br>8/21/2020, Doc. # 398<br>UPS # 1Z A25 51V 84 9094<br>8477 | 1249-000 | $7,383.20 | | $167,139.73 |

$1,616,457.29

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-04041

Case Name: SPECIALTY FUELS BUNKERING, L.L.C.

Taxpayer ID No: XX-XXX1715

For Period Ending: 03/24/2021

Trustee Name: DENISE LITTLETON, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0040

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable): $1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/21 | 2063 | INTERNATIONAL SURETIES, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Distribution Bond Premium | 2300-000 | | $3,000.00 | $164,139.73 |
| 01/20/21 | 4 | Cunningham Bounds, LLC 1601 Dauphin St. Mobile, AL 36604 | BP Settlement Final BP settlement check UPS # 1ZA2551V8492818694 | 1149-000 | $1,250,000.00 | | $1,414,139.73 |
| 02/02/21 | 2046 | CLEAN RITE INC PO Box 899 Saraland, AL 36571 | Distribution Reversal Previous check # 2032 was stale and a stopped payment was issued. Replacement check to be mail to same address | 7100-000 | | ($96.15) | $1,414,235.88 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,410.36 | $1,412,825.52 |
| 03/24/21 | 2064 | STEVE OLEN Cunningham Bounds, LLC PO Box 66705 Mobile, AL 36660 | Distribution Order approving Final Payment dated 3/24/2021 | 3110-000 | | $437,500.00 | $975,325.52 |
| 03/24/21 | 2065 | William C. Philpot, Jr. PO Box 2804 Mobile, AL 36652 | Distribution Order approving distribution dated 3/24/2022 Doc #443 | 3210-000 | | $9,300.52 | $966,025.00 |

| | | | COLUMN TOTALS | $5,554,769.35 | $4,588,744.35 |
|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | $1,797,386.15 | $0.00 |
| | | | Subtotal | $3,757,383.20 | $4,588,744.35 |
| | | | Less: Payments to Debtors | $0.00 | $0.00 |
| | | | Net | $3,757,383.20 | $4,588,744.35 |

$1,050.00   $451,114.73

## TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0040 - Checking Account | $3,757,383.20 | $4,588,744.35 | $966,025.00 |
| XXXXXX7288 - Checking Account | $2,001,698.08 | $204,311.93 | $0.00 |
|  | $5,759,081.28 | $4,793,056.28 | $966,025.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,759,081.28 |
| Total Gross Receipts: | $5,759,081.28 |

Trustee Signature:    /s/ DENISE LITTLETON, Trustee    Date: 03/24/2021

DENISE LITTLETON, Trustee
312-T Schillinger RD S
BOX 415
Mobile Al, 36608
(251)304-0070